UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

E. Lyndsay Alexander,

        Plaintiff,

    v.

Nationwide Children's Hospital and Nationwide Children's Hospital, Inc.,

        Defendants.

Case No. 2:21-cv-04913

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth A. Preston Deavers

## OPINION AND ORDER

On October 5, 2021, Defendants Nationwide Children's Hospital and Nationwide Children's Hospital, Inc. filed a motion to dismiss this case in its entirety for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 3.) On November 4, 2021, the Court issued an order directing Plaintiff E. Lyndsay Alexander to respond to the motion to dismiss by November 9, 2021, or the motion would be treated as unopposed. (ECF No. 4.) Plaintiff has failed to file a response, therefore the Court will treat the motion as unopposed.

The Court has reviewed the complaint and agrees with the arguments raised in Defendants' motion to dismiss. That is, even when construing the complaint in favor of Plaintiff, accepting the well pleaded factual allegations contained in the pleading as true, those factual allegations fail to present any plausible claim. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Iqbal*, 556 U.S. at 678. Here, Plaintiff has failed to raise a plausible claim upon which relief can be granted. There is no jurisprudential value in issuing a more detailed decision on this matter. Accordingly, Defendants' motion to dismiss is **GRANTED**. (ECF No.

1

2

3.)  The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants and **CLOSE** this case.

      **IT IS SO ORDERED.**


| | |
|---|---|
| **11/10/2021** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |