# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| E. Lyndsay Alexander,<br>*Plaintiff*<br>v.<br>Nationwide Children's Hospital and Nationwide Children's Hospital, Inc.,.<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:21-cv-4913<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the OPINION AND ORDER filed 11/10/2021 the Court GRANTS ECF No. [3] Motion to Dismiss for Failure to State a Claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  11/10/2021

CLERK OF COURT

*Christi M. Wenn* (signature)

Signature of Clerk or Deputy Clerk